IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

Southern DIVISION

Gregory Wayne Bunting )
_____)
_____)
(Enter above the full name
of the Plaintiff[s] in this
action).

vs.

United States of America )
_____)
_____)
_____)
(Enter above the full name of
**ALL** Defendant[s] in this action.
Fed.R.Civ.P.10(a) requires that
the caption of the complaint
include the names of **all** the
parties. Merely listing one
party and "et al." is insufficient.
Please attach additional sheets if
necessary).

Case No. _____
(To be assigned
by the Clerk of
District Court)

**COMPLAINT**

Plaintiff resides at: Gregory Wayne Bunting
321 Hollywood Blvd NE    Mailing Address
Fort Walton Beach        P.O Box 5404
Florida 32548            Fort Walton Beach
                         Florida 32549

Defendant(s) name(s) and address(es), if known: _____
United States of America

1

Case 7:19-cv-00067-BO   Document 26   Filed 07/23/20   Page 1 of 4

7

_____
_____
_____
_____
_____

Jurisdiction in this court is based on: _____
_____
_____
_____
_____

The acts complainted of in this suit concern: My Parents were at Camp Lejune from approx 1958-1962 drinking and bathing in the contaminated water at Camp Lejune. I was born at Camp Lejune in 1960 with a dimple at the base of my spine and was never checked out any further at that time.
At age 7 I began to lose motor function of both my feet and was placed in 2 straight leg casts for approx 6 weeks, during that time I began losing full and total loss of Bladder and Bowel control. Was finally taken to Jackson Memorial Hospital in Miami, and was diagnosed with Spina Bifida/Spinal Cord Tumor etc.
Due to the damage of nerves that continued to expand as I grew older and bigger. Many surgeries have been needed to continue trying to improve my life. I have had many surgeries and will continue to have surgeries when needed. A list of some

2

of my surgeries would include - 2 back surgeries, Multiple surgeries on Both feet, Left Kidney removed, Multiple surgeries on bladder, Left knee replaced, Left thip replaced and Right foot amputated. There have been more due to infections and complications. At this time my Right knee and Hip are showing signs of future failure.

(If you need more space, or wish to include any further information for consideration, please attach additional sheets.)

I seek the following relief:

Due to the Personal, Mental and Physical Pain of having to Live with all of the problems due to the negligence of improper Installation, Upkeep and Storage of Contaminated Waste, Lazyness of dumping and finally leaking into the Water supply. Especially when everyone is trusting the government to keep clean water available.
In the earlier years of growing up without Bladder and Bowel control and walking with a limp. unfortunately, these problems will cause you withdrawl from peopl.. You will never gain the confidence in yourself to develope normal relationship that is needed when growing up. and to have a normal life. The job descrimination at the time was also surprizing, it didn't matter how much schooling you had.
I am seeking 15,000,000.°° million dollars due to the suffering of Contaminated Water at Camp, Lejune.

7/15/20
Date

*Gregory W Bunting*
Signature of Plaintiff

Gregory W. Bunting   850-737-0856
P.O Box 5404
Fort Walton Beach, Florida 32549
Address and Telephone Number of Plaintiff

4