IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:19-cv-67-BO

GREGORY WAYNE BUNTING, )
)
        Plaintiff, )
)
v. ) ORDER
)
UNITED STATES OF AMERICA, )
)
        Defendant. )

Pursuant to the stipulation of the parties under Federal Rules of Civil Procedure 41(a)(1)(ii), it is ORDERED that this action is DISMISSED WITH PREJUDICE as to all claims, causes of actions, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is DIRECTED to close the case.

SO ORDERED, this the 31 day of January, 2021.

*/s/ Terrence W. Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE